IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-mj-07013-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEANDRO M. ESCOBEDO,

    Defendant.

## MINUTE ORDER

| | |
|---|---|
| Pursuant to the directions of<br>Magistrate Judge Kristen L. Mix | Nancy Marble, Deputy Clerk<br>October 13, 2009 |

   Upon the government's Motion to Vacate the Jury Trial and Notice of Disposition filed with the Court on October 12, 2009,

  IT IS HEREBY ORDERED that the motions hearing set for October 13, 2009 at 2:00 pm and the jury trial set for October 26, 2009 at 9:30 am are vacated, and the case is set for a disposition hearing on October 21, 2009 at 10:00 am, in Colorado Springs, 212 N. Wahsatch, Colorado Springs, CO 80903 before Magistrate Judge Kristen L. Mix.